**FILED**

FEB 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br> v. )<br>  )<br> VICTOR PONCE VALENCIA, )<br>  )<br>    Defendant. )<br>  )<br>_____ ) | Case No. 09-CR-4683-BTM<br><br>**ORDER TO PREPARE<br>CRIMINAL HISTORY REPORT** |

**FOR GOOD CAUSE APPEARING**, it is hereby ordered that U.S. Probation prepare a Criminal History Report of defendant and submit to the Court on or before _March 2_, 2010.

**IT IS SO ORDERED.**

DATED: 2-3-2010

_____
HONORABLE BARRY T. MOSKOWITZ
**UNITED STATES DISTRICT JUDGE**